B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−15568−GBN**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　IOANA POPA
　3318 WEST DESERT VISTA TRAIL
　PHOENIX, AZ 85083

Social Security / Individual Taxpayer ID No.:
　xxx−xx−8626

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT


Dated: 10/20/09　　　　　　　　　　　　　　　　George B. Nielsen Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: admin              Page 1 of 1              Date Rcvd: Oct 20, 2009
Case: 09-15568                 Form ID: b18             Total Noticed: 12
```

The following entities were noticed by first class mail on Oct 22, 2009.
```
db          +IOANA POPA,   3318 WEST DESERT VISTA TRAIL,   PHOENIX, AZ 85083-5874
aty          JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ   85311-1737
tr          +ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,   PHOENIX, AZ 85004-1425
8247700     +BANK OF AMERICA,   P. O. Box 53150,   Phoenix AZ 85072-3150
8247702     +CITIBANK,   701 East 60th Street N,   Sioux Falls SD 57104-0493
8247703      DESERT SCHOOLS FEDERAL CREDIT UNION,   P. O. Box 2945,   Phoenix AZ 85062-2945
8247704     +Desert Schools Federal Credit Union,   148 N 48th St,   Phoenix AZ 85034-1900
8247706     +RBS NB,   1000 Lafayette Blvd.,   Bridgeport CT 06604-4725
```

The following entities were noticed by electronic transmission on Oct 20, 2009.
```
tr          +EDI: BRAMACKENZIE.COM Oct 20 2009 19:05:00     ROBERT A. MACKENZIE,   2025 N. 3RD ST., #157,
             PHOENIX, AZ 85004-1425
smg          EDI: AZDEPREV.COM Oct 20 2009 18:58:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
8247699     +EDI: AMEREXPR.COM Oct 20 2009 18:58:00     AMERICAN EXPRESS,   PO BOX 981537,
             EL PASO TX 79998-1537
8247701     +EDI: CHASE.COM Oct 20 2009 19:03:00     CHASE BANK,   800 Brooksedge Blvd.,
             Westerville OH 43081-2822
8247702     +EDI: CITICORP.COM Oct 20 2009 18:58:00     CITIBANK,   701 East 60th Street N,
             Sioux Falls SD 57104-0493
8247705      EDI: DISCOVER.COM Oct 20 2009 18:58:00     DISCOVER CARD SERVICE,   P.O. BOX 15316,
             WILMINGTON DE 19850-5316
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 22, 2009**          Signature:   *Joseph Speetjens*